UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERSTATE IMPROVEMENT, INC., f/k/a KNISH CORPORATION, a Minnesota corporation,<br><br>    Defendant. | 2:07-cv-1096-LDG-LRL<br><br>**ORDER** |

Defendant Interstate Improvement, Inc., has filed a motion for reconsideration of this court's order granting summary judgment (#43, opposition #46), and a motion to alter/amend judgment or, in the alternative, for relief from judgment (#44, opposition #46). The court determines that, as developed in plaintiffs' points and authorities, defendant has failed to show clear error in the court's order, and further that the Rule 59 motion was untimely. Accordingly,

THE COURT HEREBY ORDERS that defendant Interstate Improvement, Inc.'s, motion for reconsideration (#43) and motion to alter/amend judgment (#44) are DENIED.

DATED this 16 day of September, 2010.

_____
Lloyd D. George
United States District Judge