# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERSTATE IMPROVEMENT, INC., f/k/a KNISH CORPORATION, a Minnesota corporation,<br><br>    Defendant. | 2:07-cv-1096-LDG-LRL<br><br>**ORDER** |

In consideration of the satisfaction of judgment now on record (#56),

THE COURT HEREBY ORDERS that defendant Interstate Improvement, Inc.'s, motion to dismiss and determination of satisfaction of judgment (#51) is DENIED as moot.

DATED this __30__ day of March, 2011.

_____
Lloyd D. George
United States District Judge